SEALED
UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
2020 SEP 24 PM 4: 33
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NATASHA WOLTERMAN,
JASON HICKEY, and (TJK)
ALEJANDRO CAZARES,

Defendants.

8:20CR253

INDICTMENT
21 U.S.C. § 846
21 U.S.C. § 841(a)(1) & (b)(1)

The Grand Jury charges that:

## COUNT I

Beginning on or about September 1, 2018, and continuing to on or about June 7, 2019, in the District of Nebraska, Defendants NATASHA WOLTERMAN, JASON HICKEY, and ALEJANDRO CAZARES did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

Before NATASHA WOLTERMAN committed the offense charged in this Count, she had a final conviction for a serious drug felony, namely, a conviction under Nebraska Revised Statute 28-416, Delivery of a Hazardous Drug, Douglas County District Court, Docket CR15-2709, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

1

## COUNT II

On or about June 7, 2019, in the District of Nebraska, Defendant NATASHA WOLTERMAN did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before NATASHA WOLTERMAN committed the offense charged in this Count, she had a final conviction for a serious drug felony, namely, a conviction under Nebraska Revised Statute 28-416, Delivery of a Hazardous Drug, Douglas County District Court, Docket CR15-2709, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant United States Attorney

2