

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | October 2, 2020 |
| UNITED STATES V. JASON HICKEY | |
| 8:20CR253 | |
| To | From |
| Clerk, U.S. District Court<br>District Of Nebraska | Thomas Kangior<br>AUSA |

Be advised that the above named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒   Unseal the Indictment and any underlying Magistrate Case

☐   Unseal the Magistrate Case

☐   Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐   Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**