IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR253 |
| vs. | NOTICE OF COMPLIANCE OF LOCAL |
| JASON HICKEY, | CRIMINAL RULE 16.1(a) |
| Defendant. | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

DATED this 13th day of October 2020.

UNITED STATES OF AMERICA
Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

s/Thomas J. Kangior

By:   THOMAS J. KANGIOR #21496
Assistant U.S. Attorney
1620 Dodge Street, #1400
Omaha, Nebraska 68102-1506
(402) 661-3700

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to attorney of record.

s/Thomas J. Kangior

THOMAS J. KANGIOR
Assistant United States Attorney