IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:20CR253 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **MOTION TO WITHDRAW** |
| JASON HICKEY, | ) | |
| | ) | |
| Defendant. | ) | |

Comes Now Kevin Ryan, #21321, and moves to withdraw as counsel in the above case.

In support thereof, Attorney Randall Paragas has entered his appearance as counsel.

Wherefore, counsel requests leave to withdraw in the above case.

Dated this 21st day of October, 2020.

/s/ Kevin A. Ryan
Kevin A. Ryan, 21321
209 S. 19th St., #500
Omaha, NE 68102
402.341.9300
Attorney for Defendant
ryanlawoffices@aol.com

Certificate of Service

I, Kevin Ryan, hereby certify that on the 21st day of October, 2020, the above Motion to Withdraw was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notice to Thomas Kangior, U.S. Attorney.

/s/ Kevin A. Ryan