IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JASON HICKEY,<br><br>                  Defendant. | 8:20CR253<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Kevin A. Ryan to withdraw as counsel for the defendant, Jason Hickey (Filing No. 33). W. Randall Paragas has filed an entry of appearance as retained counsel for Jason Hickey. Therefore, Kevin A. Ryan's motion to withdraw (Filing No. 33) will be granted.

Kevin A. Ryan shall forthwith provide W. Randall Paragas any discovery materials provided to the defendant by the government and any such other materials obtained by Kevin A. Ryan which are material to Jason Hickey's defense.

The clerk shall provide a copy of this order to W. Randall Paragas.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2020.

                                                BY THE COURT:

                                                s/ Susan M. Bazis
                                                United States Magistrate Judge