IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20cr253 |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON HICKEY and | ) | ORDER |
| ALEJANDRO CAZARES, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on Defendant Alejandro Cazres' Unopposed Motion to Continue Trial [108] and Defendant Jason Hickey's unopposed Motion to Continue Trial [109]. On the basis of the statements set forth in the motions, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [108] and Motion to Continue trial [109] are granted, as follows:

1. The jury trial as to **defendants, Jason Hickey and Alejandro Cazares**, now set for November 30, 2021, is continued to **January 25, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 25, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted with counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED: November 10, 2021

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge