IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR253 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JASON HICKEY and | ) | |
| ALEJANDRO CAZARES, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Jason Hickey's Unopposed Motion to Continue Trial [127] and defendant Alejandro Cazares's Unopposed Motion to Continue Trial [128]. The court has communicated with the parties and based on the communication with the parties and the reasons stated in their motions the court finds good cause has been shown to continue the trial.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [127] and Unopposed Motion to Continue Trial [128] are granted, as follows:

1. The jury trial, **for defendants, Jason Hickey and Alejandro Cazares**, now set for March 1, 2022, is continued to **May 3, 2022**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 3, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED: February 18, 2022.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge